Case 1:21-cv-00543-N/A   Document 1   Filed 09/27/21   Page 1 of 3

Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**     FORM 3

| | |
|---|---|
| **NUCOR TUBULAR PRODUCTS INC.,**<br><br>                        **Plaintiff,**<br>         v.<br><br>**UNITED STATES,**<br><br>                        **Defendant.** | Before: Hon. _____<br><br>Court No. 21-00543 |

**TO:**   The Attorney General and the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano<br>Clerk of the Court

1. Plaintiff, Nucor Tubular Products Inc. is domestic producer of heavy walled rectangular welded carbon steel pipes and tubes and is, therefore, an interested party within the meaning of 19 U.S.C. § 1516a(f)(3) and 19 U.S.C. § 1677(9)(C). Plaintiff was also a participant in the administrative review under review by filing comments and written arguments. Plaintiff has standing to commence this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).
(Name and standing of plaintiff)

2. Plaintiff contests certain aspects of the U.S. Department of Commerce's final results in the 2018-2019 administrative review of the antidumping duty order on Heavy Walled Rectangular Welded Carbon Steel Pipes and Tubes from Mexico. *Heavy Walled Rectangular Welded Carbon Steel Pipes and Tubes From Mexico*, 86 Fed. Reg. 41,448 (Dep't Commerce Aug. 2, 2021). This determination is contested pursuant to 19 U.S.C. §§ 1516a(a)(2)(A)(i)(I), (a)(2)(B)(iii), and (a)(5)(A).
(Brief description of the contested determination)

3. August 2, 2021
(Date of determination)

Form 3-2

4.  August 2, 2021 (86 Fed. Reg. 41,448)
    (If applicable, date of publication in Federal Register of notice of contested determination)

                                        Alan H. Price, Esq.
                                        Robert E. DeFrancesco, III, Esq.
                                        Enbar Toledano, Esq.
                                        Jake R. Frischknecht, Esq.
                                        Paul A. Devamithran, Esq.

                                        **WILEY REIN LLP**
                                        1776 K Street, NW
                                        Washington, DC 20006
                                        (202) 719-7000
                                        WileyTrade@wiley.law

/s/ Alan H. Price
Signature of Plaintiff's Attorney

September 27, 2021
Date

**SEE REVERSE SIDE**

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan 1, 2007; Dec. 7, 2010, eff. Jan 1, 2011).

Attorney in Charge
International Trade Field Office
Department of Justice, Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

General Counsel
U.S. Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC 20230

Supervising Attorney
Civil Division – Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044